UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

BILLIONAIRE MAFIA, LLC, et al,  )
                                )
             Plaintiff,          )   Case No.: 2:11-cv-01280-GMN-PAL
    vs.                          )
                                )    **ORDER**
JOE DANIA, et al,                )
                                )
             Defendants.         )
                                )

    Pending before the Court is the Report and Recommendation (ECF No. 12) of the Honorable Peggy Leen, United States Magistrate Judge, entered October 29, 2012.  Pursuant to Local Rule IB 3-2(a), objections were due by October 15, 2012.  No objections have been filed.  In accordance with 28 U.S.C. § 636(b)(1) and Local Rule IB 1-4, the Court has conducted a *de novo* review of the record in this case and has determined that Magistrate Judge Leen's Recommendation should be **ACCEPTED**.

    **IT IS THEREFORE ORDERED** that Plaintiff's Motion Re: 4m Dismissal (ECF No. 11) is DENIED.

    The Clerk of the Court shall enter judgment accordingly.

    **DATED** this 26th day of November, 2012.

_____
Gloria M. Navarro
United States District Judge